1  Lawrence J. Gornick (SBN 136290)
   David Markevitch (SBN 256163)
2  **KAISER GORNICK LLP**
   100 First Street 25th Floor
3  San Francisco, CA  94105
   Telephone:  (415) 857-7470
4  Fax:  (415) 857-7499
   lgornick@kaisergornick.com
5  dmarkevitch@kaisergornick.com

6  Attorneys for Plaintiffs

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN FRANCISCO DIVISION

11  TERRI L. WILSON                               No: CV 12 3368 MMC
    and ROBERT R. WILSON,
12                                                 [~~PROPOSED~~] ~~STIPULATED~~ ORDER
                                                   CONTINUING CASE MANAGEMENT
13              Plaintiffs,                        CONFERENCE

14              vs.

15  BIOMET ORTHOPEDICS, LLC, BIOMET,
    INC., and BIOMET, LLC, and DOES 1 through
16  10 inclusive,

17              Defendants.

18

19        Plaintiffs, Terri L. Wilson and Robert R. Wilson, and Defendants, Biomet Orthopedics, LLC,

20  Biomet, Inc., and Biomet, LLC ("Defendants"), through their respective counsel of record in the

21  above-captioned matter, agree and stipulate as follows:

22        This case involves allegations relating to a Biomet M2a hip implant device.  On September 20,

23  2012, the United States Judicial Panel on Multidistrict Litigation ("JPML") will hear a motion to

24  transfer cases involving Biomet M2a hip implant devices for consolidated pretrial proceedings.

25        The Parties agree and respectfully request that the October 5, 2012 Case Management

26  Conference (and all associated deadlines) in this case be continued to November 30, 2012 at 10:30

27  a.m., pending the hearing and decision by the JPML.

28  ///

- 1 -

1 IT IS SO STIPULATED.

2

3 Dated: September 11, 2012              **KAISER GORNICK LLP**

4

5                                         / s / David Markevitch
                                         David Markevitch
6                                        Attorneys for Plaintiffs
                                         NICHOLAS FIELDS and DEBORAH FIELDS
7

8 Dated: September 11, 2012              **REED SMITH LLP**

9

10                                        / s / Joshua B. Marker
                                         Steven J. Boranian
11                                       Joshua B. Marker
                                         Attorneys for BIOMET ORTHOPEDICS, LLC,
12                                       BIOMET, INC., and BIOMET, LLC

13

14 PURSUANT TO STIPULATION, IT IS SO ORDERED.

15

16 Dated: September 12, 2012

17                                       _____
                                         HON. MAXINE M. CHESNEY
18

19

20

21

22

23

24

25

26

27

28